## HEYWOOD HEIGHTS CONDOMINIUM ASSOCIATION, INC., ET AL. *v.* CITY OF STAMFORD

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 920 (AC 17384), is denied.

*Kenneth B. Povodator*, assistant corporation counsel, in support of the petition.

*Frank W. LiVolsi*, in opposition.

Decided July 2, 1998

## STATE OF CONNECTICUT *v.* DANIEL CLARK

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 812 (AC 15715), is denied.

BERDON and NORCOTT, Js., did not participate in the consideration or decision of this petition.

*Richard Emanuel*, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided July 8, 1998

## MARIE ROLLA *v.* MARIO ROLLA

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 732 (AC 16368), is denied.

*David P. Burke*, in support of the petition.

*Lawrence P. Weisman*, in opposition.

Decided July 8, 1998